*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00694-CV

**IN RE** Franchesca **O'NEAL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Alma L. López, Justice
            Sandee Bryan Marion, Justice
            Rebecca Simmons, Justice

Delivered and Filed:    October 8, 2008

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On September 15, 2008, relator Franchesca O'Neal filed a petition for writ of mandamus, seeking to compel the trial court to vacate a temporary restraining order. On September 17, 2008, the temporary restraining order expired and the trial court granted a temporary injunction. The temporary restraining order is no longer in effect. Therefore, the petition for writ of mandamus is now moot.

Accordingly, we deny the petition for writ of mandamus and all other relief requested as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-15014, styled *Alamo Community College District v. Franchesca O'Neal*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Andy Mireles presiding. However, the challenged order was signed by the Honorable Lori Massey, presiding judge of the 288th Judicial District Court, Bexar County, Texas.